Entered on Docket
January 19, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 19, 2010

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
REBECCA U. LITTENEKER (CSBN 111744)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Hank M. Spacone,
Trustee of the At Home General
Unsecured Creditors Liquidating Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AT HOME CORPORATION,<br><br>Debtor. | Case No. 01-32495-TC<br>Chapter 11<br><br>**ORDER REGARDING NOTICING OF CONTINUED HEARING ON AMENDED MOTION OF THE TRADE TRUSTEE FOR ORDER APPROVING TRUST CLOSING**<br><br>Date: January 15, 2010<br>Time: 9:30 a.m.<br>Location: U.S. Bankruptcy Court<br>Courtroom 23<br>235 Pine Street<br>San Francisco, California<br>Judge: Hon. Thomas E. Carlson |

This Court has concluded that a hearing on the AMENDED MOTION OF THE TRADE TRUSTEE FOR ORDER APPROVING TRUST CLOSING (the "Motion") is premature at this time. The At Home General Unsecured Creditors Liquidating Trust will file and serve notice of the continued hearing on the Motion at a future date.

IT IS HEREBY ORDERED that notice of any continued hearing on the Motion need only be served on the Office of the United States Trustee, the Bondholders Liquidating Trust, the At Home Liquidating Trust, and any other parties who have previously made appearances on the Motion (whose names are referenced on the attached Court Service List).

* * * END OF ORDER * * *

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | **Office of the United States Trustee** |
| 3 | Patricia A. Cutler |
|   | 235 Pine Street, Suite 700 |
| 4 | San Francisco, CA 94104 |
| 5 | **Counsel for At Home Liquidating Trust** |
|   | Karen Rinehart |
| 6 | O'Melveny & Myers LLP |
|   | 400 S. Hope Street |
| 7 | Los Angeles, CA 90071 |
| 8 | **Counsel for At Home Liquidating Trust** |
| 9 | Suzzanne Uhland |
|   | O'Melveny & Myers LLP |
| 10 | Embarcadero Center West |
|    | 275 Battery Street |
| 11 | San Francisco, CA 94111 |
| 12 | **Counsel for At Home Liquidating Trust** |
| 13 | Brett Williamson |
|    | O'Melveny & Myers LLP |
| 14 | 610 Newport Center Dr Ste 1700 |
|    | Newport Beach, CA 92660-6429 |
| 15 | |
| 16 | **Counsel for Bondholders' Liquidating Trust** |
|    | Joseph S. Allerhand |
| 17 | Richard W. Slack |
|    | Weil, Gotshal & Manges LLP |
| 18 | 767 Fifth Avenue |
|    | New York, NY 10153 |
| 19 | |
| 20 | **Counsel for Bondholders' Liquidating Trust** |
|    | Maxim B. Litvak |
| 21 | Pachulski Stang Ziehl & Jones |
|    | 150 California Street, 15th Floor |
| 22 | San Francisco, CA 94111 |
| 23 | **Counsel for At Home Claims** |
| 24 | Maureen A. Harrington, Esq. |
|    | McGrane Greenfield LLP |
| 25 | 1 Ferry Building, Suite 220 |
|    | San Francisco, CA 94111 |
| 26 | |
| 27 | |
| 28 | |

Case: 01-32495    Doc# 5197    Filed: 01/19/10    Entered: 01/19/10 11:48:53    Page 2 of 3

**Counsel for Frank A. Morrow**
Peter J. Benvenutti
Michaeline H. Correa
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

**Counsel for Calyon New York Branch**
Daniel Grunfeld
Matthew G. Clark
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

**Counsel for TMG Partners**
Scott Verges
TMG Partners
100 Bush Street, Suite 2600
San Francisco, CA 94104